UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AIKO S. LOPEZ, an individual, and MARIO LOPEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-01012-SRM (DFM)<br><br>***DISCOVERY MATTER***<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Trial Date:          November 3, 2026 |

## ORDER

**FOR GOOD CAUSE SHOWN**, the Court hereby approves this Stipulated Protective Order.

**IT IS SO ORDERED**.

Dated: April 27, 2026

_____
Honorable Douglas F. McCormick
United States Magistrate Judge

175549703.1

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER